# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br>JAMIL AYESH<br>BAHIEH J AYESH<br>                Debtor(s) | Case No. 10-50269 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/10/2010.

2) The plan was confirmed on 05/26/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/30/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/01/2012, 09/18/2012.

5) The case was dismissed on 06/26/2014.

6) Number of months from filing to last payment: 37.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $5,300.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $28,280.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $28,280.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,964.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,356.29 |
| Other | $9.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,329.29

Attorney fees paid and disclosed by debtor:       $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFNI INC | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 400.00 | 785.00 | 785.00 | 15.70 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Secured | 18,500.00 | 17,609.89 | 17,609.89 | 17,383.81 | 1,329.13 |
| AMERICREDIT FINANCIAL SVC | Secured | NA | 735.00 | 735.00 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Unsecured | NA | 0.00 | 735.00 | 14.70 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 2,597.00 | 2,876.86 | 2,876.86 | 57.54 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 764.00 | 867.47 | 867.47 | 17.35 | 0.00 |
| CAPITAL ONE | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 7,849.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,245.75 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 2,004.02 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Secured | 1,245.75 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Secured | 2,004.02 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 1,255.00 | 1,387.74 | 1,387.74 | 27.75 | 0.00 |
| CBE GROUP | Unsecured | 587.00 | NA | NA | 0.00 | 0.00 |
| CENTURION CAPITAL CORP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CENTURION CAPITAL CORP | Secured | 4,916.17 | NA | NA | 0.00 | 0.00 |
| CHICAGO TITLE AND TRUST CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | NA | 2,432.49 | 2,432.49 | 48.65 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | NA | 3,864.54 | NA | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | NA | 3,864.54 | 3,864.54 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Unsecured | NA | 0.00 | 3,864.54 | 77.29 | 0.00 |
| COMPUTER CREDIT SERVICE | Unsecured | 971.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 4,143.11 | 4,143.11 | 4,143.11 | 82.86 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Secured | 4,143.11 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | NA | 3,755.26 | 3,755.26 | 75.11 | 0.00 |
| EAST BAY FUNDING | Unsecured | 4,143.00 | 10,813.84 | 10,813.84 | 216.28 | 0.00 |
| FACTORING CO ACCOUNT | Unsecured | 685.00 | NA | NA | 0.00 | 0.00 |
| GC SERVICES LP COLLECTION AGEN | Unsecured | 587.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL SOLUTIONS | Unsecured | 1,397.00 | 220.00 | 220.00 | 4.40 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GENESIS FINANCIAL SOLUTIONS | Unsecured | NA | 320.00 | 320.00 | 6.40 | 0.00 |
| GENESIS FINANCIAL SOLUTIONS | Unsecured | NA | 119.00 | 119.00 | 2.38 | 0.00 |
| GENESIS FINANCIAL SOLUTIONS | Unsecured | NA | 119.00 | 119.00 | 2.38 | 0.00 |
| GENESIS FINANCIAL SOLUTIONS | Unsecured | NA | 420.00 | 420.00 | 8.40 | 0.00 |
| GENESIS FINANCIAL SOLUTIONS | Unsecured | NA | 519.00 | 519.00 | 10.38 | 0.00 |
| HOUSEHOLD FINANCE CORP | Secured | 206,535.00 | 149,720.92 | 149,720.92 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 1,075.10 | 1,075.10 | 21.50 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 13,662.46 | 102.38 | 102.38 | 2.05 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Secured | 2,169.88 | 2,911.40 | 2,911.40 | 1,933.82 | 0.00 |
| ILLINOIS LOTTERY | Unsecured | NA | 15,436.95 | 15,436.95 | 308.74 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 711.28 | 768.72 | 768.72 | 15.37 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 811.67 | 849.73 | 849.73 | 849.73 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 39.00 | 690.82 | 690.82 | 13.82 | 0.00 |
| JOSEPH GRIECO | Unsecured | 5,322.90 | NA | NA | 0.00 | 0.00 |
| JOSEPH GRIECO | Secured | 5,322.90 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 978.60 | 978.60 | 19.57 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 4,155.54 | 4,155.54 | 83.11 | 0.00 |
| LVNV FUNDING | Unsecured | 260.00 | 259.92 | 259.92 | 5.20 | 0.00 |
| MARIA AND MIGUEL MORA | Unsecured | 4,500.00 | NA | NA | 0.00 | 0.00 |
| MARIA AND MIGUEL MORA | Secured | 500.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 3,287.00 | 2,755.37 | 2,755.37 | 55.11 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | NA | 1,315.75 | 1,315.75 | 26.32 | 0.00 |
| NCO PORTFOLIO MGMT | Unsecured | 2,251.00 | 2,250.79 | 672.53 | 45.02 | 0.00 |
| NICHOLAS GRIECO | Secured | 5,674.49 | NA | NA | 0.00 | 0.00 |
| NICHOLAS GRIECO | Unsecured | 5,674.49 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTION LLC | Unsecured | 6,855.65 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTION LLC | Secured | 6,855.65 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTIONS LLC | Unsecured | 650.00 | 650.08 | 650.08 | 13.00 | 0.00 |
| PALISADES COLLECTIONS LLC | Unsecured | 443.00 | 443.79 | 443.79 | 8.88 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 674.00 | 2,073.57 | 2,073.57 | 41.47 | 0.00 |
| PHOENIX CAPITAL HOLDINGS | Unsecured | 4,916.17 | NA | NA | 0.00 | 0.00 |
| PHOENIX CAPITAL HOLDINGS | Secured | 4,916.17 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 573.61 | 573.61 | 11.47 | 0.00 |
| RESURGENCE FINANCIAL LLC | Secured | 8,483.27 | NA | NA | 0.00 | 0.00 |
| RESURGENCE FINANCIAL LLC | Unsecured | 8,483.27 | NA | NA | 0.00 | 0.00 |
| RIA TELECOMMUNICATIONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ROBERT J ADAMS & ASSOC | Priority | 4,700.00 | NA | NA | 0.00 | 0.00 |
| UNIFUND CCR PARTNERS | Unsecured | 2,514.00 | 5,800.90 | 5,800.90 | 116.02 | 0.00 |
| UNIFUND CCR PARTNERS | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $149,720.92 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $17,609.89 | $17,383.81 | $1,329.13 |
| All Other Secured | $7,510.94 | $1,933.82 | $0.00 |
| **TOTAL SECURED:** | **$174,841.75** | **$19,317.63** | **$1,329.13** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $849.73 | $849.73 | $0.00 |
| **TOTAL PRIORITY:** | **$849.73** | **$849.73** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$71,131.94** | **$1,454.22** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $5,329.29 |
| Disbursements to Creditors | $22,950.71 |
| **TOTAL DISBURSEMENTS :** | **$28,280.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/24/2014          By: /s/ Tom Vaughn
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**